|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | JAN 31 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

NICHOLAS YAROFALCHUW,

    Plaintiff-Appellant,

v.

JOHN CABRERA; DANNY FITIAL,

    Defendants-Appellees.

No. 23-15279

D.C. No. 1:22-cv-00001
District of the Northern Mariana Islands,
Saipan

ORDER

Plaintiff-Appellant's Motion to Appear Remote for Oral Argument (Dkt. No. 42) and Defendant-Appellee's Motion to Appear Remotely for Oral Argument (Dkt. No. 43) are GRANTED.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT