# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 25, 2024

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re: Nicholas Yarofalchuw
        v. John Cabrera, et al.
        No. 24-75
        (Your No. 23-15279)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on July 22, 2024 and placed on the docket July 25, 2024 as No. 24-75.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst